IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Marshall, Lakeisha A

Printed: 11/13/07

Case Number: 07 B 05047
Judge: Squires, John H
Filed: 3/21/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 3, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 682.50 |  |
| Secured: |  | 645.64 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 36.86 |
| Other Funds: |  | 0.00 |
| Totals: | 682.50 | 682.50 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 2,528.00 | 0.00 |
| 2. | Drive Financial Services | Secured | 9,359.69 | 645.64 |
| 3. | Sallie Mae | Unsecured | 72.21 | 0.00 |
| 4. | Sallie Mae | Unsecured | 48.32 | 0.00 |
| 5. | Midland Credit Management | Unsecured | 8.95 | 0.00 |
| 6. | Midland Credit Management | Unsecured | 9.65 | 0.00 |
| 7. | Sallie Mae | Unsecured | 105.00 | 0.00 |
| 8. | Jefferson Capital | Unsecured | 14.70 | 0.00 |
| 9. | Nicor Gas | Unsecured | 19.05 | 0.00 |
| 10. | AT&T Wireless | Unsecured | 14.09 | 0.00 |
| 11. | Sallie Mae | Unsecured | 105.00 | 0.00 |
| 12. | T Mobile | Unsecured | 10.89 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 7.12 | 0.00 |
| 14. | Credit Acceptance Corp | Unsecured | 454.53 | 0.00 |
| 15. | Card Protection Association | Unsecured |  | No Claim Filed |
| 16. | Hsbc/Vlcty | Unsecured |  | No Claim Filed |
| 17. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 18. | Medical Collections | Unsecured |  | No Claim Filed |
| 19. | Ino Vision | Unsecured |  | No Claim Filed |
| 20. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 21. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 22. | MRSI | Unsecured |  | No Claim Filed |
| 23. | IC System Inc | Unsecured |  | No Claim Filed |
| 24. | Diversified Collection Service | Unsecured |  | No Claim Filed |
| 25. | Credit Management Control | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Marshall, Lakeisha A | Case Number:  07 B 05047 |
| | Judge:  Squires, John H |
| Printed:  11/13/07 | Filed:  3/21/07 |

| | | | |
|---|---|---|---|
| 26. Midland Credit Management | Unsecured | | No Claim Filed |
| 27. Medical Collections | Unsecured | | No Claim Filed |
| 28. St Francis Hospital | Unsecured | | No Claim Filed |
| 29. Midwest Emergency | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 12,757.20 | $ 645.64 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 36.86 |
| | _____ |
| | $ 36.86 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_